# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
Rec'd 5|18|06
★ MAY 19 2006
**BROOKLYN OFFICE**

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-49)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 1, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By: Mecca S. Carter
Deputy Clerk

Attachment

cc:  Transferee Judge:     Judge Jack B. Weinstein
     Transferor Judges:    (See Attached List of Judges)
     Transferor Clerk:     Richard W. Wieking

JPML Form 36



A CERTIFIED TRUE COPY

MAY 17 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY    2006

FILED
CLERK'S OFFICE

### DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-49)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 548 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Case 3:06-cv-01472-JSW   Document 10   Filed 09/05/06   Page 3 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 3 of 13

PAGE 1 of 9

# SCHEDULE CTO-49 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST, DIV. C.A. #                    CASE CAPTION

CALIFORNIA NORTHERN
CAN 3  05-4829 SC      Amber Brennan v. Eli Lilly & Co.
CAN 3  05-4830 WHA     Marlene Romero v. Eli Lilly & Co.
CAN 3  05-4832 JSW     Anita Hollowell, et al. v. Eli Lilly & Co.
CAN 3  05-4833 CRB     James Saleeby, etc. v. Eli Lilly & Co.
CAN 3  05-4892 MJJ     Carolyn Seward, et al. v. Eli Lilly & Co.
CAN 3  05-4895 WHA     Steven Leeper v. Eli Lilly & Co.
CAN 3  05-4902 WHA     Russell Halterman, et al. v. Eli Lilly & Co.
CAN 3  05-4908 MJJ     Zachary Gilman v. Eli Lilly & Co.
CAN 3  05-5009         Clarence King, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5011         Shannon Harbison, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5013 WHA     Leonard Ward v. Eli Lilly & Co.
CAN 3  05-5029 PJH     Michelle Gerst, et al. v. Eli Lilly & Co.
CAN 3  05-5032 PJH     Rose Marie Marchiny v. Eli Lilly & Co.
CAN 3  05-5033 MJJ     Coreen Hansen v. Eli Lilly & Co.
CAN 3  05-5074 MHP     Willie Evans v. Eli Lilly & Co.
CAN 3  05-5077 WHA     Shannon Miller v. Eli Lilly & Co.
CAN 3  05-5078 SC      Joshua Hudson v. Eli Lilly & Co.
CAN 3  05-5093 PJH     David Strawn v. Eli Lilly & Co.
CAN 3  05-5094 PJH     Jim Ayala v. Eli Lilly & Co.
CAN 3  05-5096 JSW     Michael Keizur v. Eli Lilly & Co.
CAN 3  05-5149         Thomas Partlow v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5150 WHA     Jeffrey Oldewurtel v. Eli Lilly & Co.
CAN 3  05-5152         Michael Horton v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  05-5153 MMC     Christopher Parlato, et al. v. Eli Lilly & Co.
CAN 3  05-5266 SBA     Duane Long v. Eli Lilly & Co.
CAN 3  05-5267 PJH     Fausto Gutierrez-Cruz v. Eli Lilly & Co.
CAN 3  05-5268 MJJ     Harlan Kenyon, et al. v. Eli Lilly & Co.
CAN 3  05-5269 JSW     Mark Conder, et al. v. Eli Lilly & Co.
CAN 3  06-31 JSW       Jeannie Swartz v. Eli Lilly & Co.
CAN 3  06-35           Rose Cook, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-40           Tammie Pinkney v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-41 WHA       Artisha Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-248 EDL      Patricia Glace v. Eli Lilly & Co.
CAN 3  06-252 WHA      Howard Gilbert, et al. v. Eli Lilly & Co.
CAN 3  06-253 JSW      Debbie Holden v. Eli Lilly & Co.
CAN 3  06-894 WHA      Daryl Paul v. Eli Lilly & Co.
CAN 3  06-895 PJH      Eugenne Salmon v. Eli Lilly & Co.
CAN 3  06-896 TEH      Debra Mcclelland v. Eli Lilly & Co.
CAN 3  06-897 SBA      Pamela Blish v. Eli Lilly & Co.
CAN 3  06-898 MMC      Celita Finney v. Eli Lilly & Co.
CAN 3  06-899 SC       Duane Windom v. Eli Lilly & Co.
CAN 3  06-900 WHA      Jerome Dennis v. Eli Lilly & Co.
CAN 3  06-901 MMC      Timothy Lee v. Eli Lilly & Co.
CAN 3  06-903 WHA      Kimberly Fortunato v. Eli Lilly & Co.
CAN 3  06-904 SC       Floretia Harris v. Eli Lilly & Co.
CAN 3  06-905 TEH      Della Collins v. Eli Lilly & Co.
CAN 3  06-952 SC       Constance Heg v. Eli Lilly & Co.
CAN 3  06-955 SBA      Ollie Dotson, et al. v. Eli Lilly & Co.
CAN 3  06-956 PJH      Anthony Hardenbrock v. Eli Lilly & Co.
CAN 3  06-957 MJJ      Linda Wright v. Eli Lilly & Co.
CAN 3  06-958 WHA      Ronald Rarric v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 2 of 9

| | | |
|---|---|---|
| CAN 3 | 06-959 | Philip G. Roulo, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-960 | Richard Anderson v. Eli Lilly & Co. |
| CAN 3 | 06-961 | Paul E. Boring, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-962 | Silas Bennett, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-965 | Rhona Smith, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-966 | Sherry Stone, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-967 | Timmons Hill v. Eli Lilly & Co. |
| CAN 3 | 06-968 | Violet Adamovich, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-969 | Laurie Woloszyn v. Eli Lilly & Co. |
| CAN 3 | 06-970 | Tania Rupert, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-972 | Vickie Abasta v. Eli Lilly & Co. |
| CAN 3 | 06-976 | Anthony Jackson v. Eli Lilly & Co. |
| CAN 3 | 06-979 | Estella Mullings v. Eli Lilly & Co. |
| CAN 3 | 06-981 | Cheryl Hill v. Eli Lilly & Co. |
| CAN 3 | 06-983 | Aaron Roberts v. Eli Lilly & Co. |
| CAN 3 | 06-984 | Mary Willhoite v. Eli Lilly & Co. |
| CAN 3 | 06-987 | Tuesday Golden, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-989 | Vag Mayi v. Eli Lilly & Co. |
| CAN 3 | 06-990 | Constance Fuller v. Eli Lilly & Co. |
| CAN 3 | 06-991 | Louise Rodriguez v. Eli Lilly & Co. |
| CAN 3 | 06-994 | Jason Evans v. Eli Lilly & Co. |
| CAN 3 | 06-995 | Aaron Kirkland v. Eli Lilly & Co. |
| CAN 3 | 06-996 | Laura Dalena v. Eli Lilly & Co. |
| CAN 3 | 06-997 | Roger Mount, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-998 | Teresa Brando v. Eli Lilly & Co. |
| CAN 3 | 06-999 | Linda Hilton v. Eli Lilly & Co. |
| CAN 3 | 06-1001 | Adam Santucci v. Eli Lilly & Co. |
| CAN 3 | 06-1003 | Assefa Enkuneh v. Eli Lilly & Co. |
| CAN 3 | 06-1004 | Linda Tafoya-Bassett, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1005 | Cheryl D. Adams v. Eli Lilly & Co. |
| CAN 3 | 06-1006 | Kathleen Koche v. Eli Lilly & Co. |
| CAN 3 | 06-1007 | Juan Saffold v. Eli Lilly & Co. |
| CAN 3 | 06-1008 | Gloria Scott v. Eli Lilly & Co. |
| CAN 3 | 06-1009 | Mary Smith v. Eli Lilly & Co. |
| CAN 3 | 06-1010 | Craig Lucas v. Eli Lilly & Co. |
| CAN 3 | 06-1011 | Charmine Laney v. Eli Lilly & Co. |
| CAN 3 | 06-1013 | Karen Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1023 | Pat Colvin, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1024 | Charles H. Butler, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1025 | Bart Russell v. Eli Lilly & Co. |
| CAN 3 | 06-1026 | Deborah Hargraves v. Eli Lilly & Co. |
| CAN 3 | 06-1027 | Robin Mcgowan v. Eli Lilly & Co. |
| CAN 3 | 06-1028 | Josie Miller v. Eli Lilly & Co. |
| CAN 3 | 06-1029 | Ralph Cole v. Eli Lilly & Co. |
| CAN 3 | 06-1031 | Theodore Comer, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1033 | Craig Green v. Eli Lilly & Co. |
| CAN 3 | 06-1034 | Judith Kokesh, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1035 | Hollis Greenspan v. Eli Lilly & Co. |
| CAN 3 | 06-1036 | Mildred Robek, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1037 | Linda Rockman v. Eli Lilly & Co. |
| CAN 3 | 06-1039 | John Molinaro, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1040 | John Wardlow v. Eli Lilly & Co. |
| CAN 3 | 06-1041 | Henry Wolfe, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1042 | Karlina Ann Temple, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1043 | Scott Murphy v. Eli Lilly & Co. |
| CAN 3 | 06-1044 | Sabenna D. Burgess v. Eli Lilly & Co. |
| CAN 3 | 06-1045 | John Sgarlata, et al. v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1046~~ | ~~Timothy Savage v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3~~ | ~~06-1049~~ | ~~Benjamin Wolf v. Eli Lilly & Co.~~ Vacated 5/4/06 |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 3 of 9

CAN 3   06-1050          Howard Grove, et al. v. Eli Lilly & Co.
CAN 3   06-1051          Anna Andrake, et al. v. Eli Lilly & Co.
CAN 3   06-1052          Connie L. Zimmerman, et al. v. Eli Lilly & Co.
CAN 3   06-1053          Patricia D. Sowa, et al. v. Eli Lilly & Co.
CAN 3   06-1054          Priscilla Shrader v. Eli Lilly & Co.
CAN 3   06-1056          Janet Janssen v. Eli Lilly & Co.
CAN 3   06-1057          Mary Kathryn Isom, et al. v. Eli Lilly & Co.
CAN 3   06-1058          Dean Brenner, et al. v. Eli Lilly & Co.
CAN 3   06-1060          Cathy Strickland, et al. v. Eli Lilly & Co.
CAN 3   06-1061          Joseph Teleky, et al. v. Eli Lilly & Co.
CAN 3   06-1062          Brenda Hunter v. Eli Lilly & Co.
CAN 3   06-1063          Steven Tomaselli v. Eli Lilly & Co.
CAN 3   06-1064          Theresa Trotman v. Eli Lilly & Co.
CAN 3   06-1076          Michael D. Raynor, et al. v. Eli Lilly & Co.
CAN 3   06-1077          Rommell Thompson, et al. v. Eli Lilly & Co.
CAN 3   06-1078          Noemi Hernandez v. Eli Lilly & Co.
CAN 3   06-1079          Wandy Deasy v. Eli Lilly & Co.
CAN 3   06-1080          Joe Flores v. Eli Lilly & Co.
~~CAN 3   06-1081          Dante Barfield v. Eli Lilly & Co. Vacated 5/4/06~~
CAN 3   06-1082          Felipe Flores v. Eli Lilly & Co.
CAN 3   06-1083          Jamal G. Treadwell v. Eli Lilly & Co.
CAN 3   06-1084          Ward Marks v. Eli Lilly & Co.
CAN 3   06-1085          Carroll Vanover v. Eli Lilly & Co.
CAN 3   06-1086          Sandy Laverich v. Eli Lilly & Co.
CAN 3   06-1088          Alberta Johnson v. Eli Lilly & Co.
CAN 3   06-1090          Greg Bauder v. Eli Lilly & Co.
CAN 3   06-1091          Linda Soule v. Eli Lilly & Co.
CAN 3   06-1093          Pampatha Mitchell, et al. v. Eli Lilly & Co.
CAN 3   06-1096          Keith Bacon v. Eli Lilly & Co.
CAN 3   06-1099          James Fraser v. Eli Lilly & Co.
CAN 3   06-1100          Lois Osenga v. Eli Lilly & Co.
CAN 3   06-1103          Brandon Holmes v. Eli Lilly & Co.
CAN 3   06-1106          Gary Gauthier v. Eli Lilly & Co.
CAN 3   06-1108          Leilani Jones v. Eli Lilly & Co.
CAN 3   06-1110          Theresa Hill v. Eli Lilly & Co.
CAN 3   06-1111          Marguerite Joiner v. Eli Lilly & Co.
CAN 3   06-1112          Glenna Rohr v. Eli Lilly & Co.
CAN 3   06-1113          Diana Platts v. Eli Lilly & Co.
CAN 3   06-1116          Toni Iness v. Eli Lilly & Co.
CAN 3   06-1117          Carlos Garcia v. Eli Lilly & Co.
CAN 3   06-1118          Jason Skaggs v. Eli Lilly & Co.
CAN 3   06-1119          Kimberly Johnson, et al. v. Eli Lilly & Co.
CAN 3   06-1122          James Thomas v. Eli Lilly & Co.
CAN 3   06-1123          Bruce Robinson, et al. v. Eli Lilly & Co.
CAN 3   06-1124          Jeffrey Hamlet v. Eli Lilly & Co.
CAN 3   06-1125          Timothy Miller v. Eli Lilly & Co.
CAN 3   06-1126          James Arns v. Eli Lilly & Co.
CAN 3   06-1127          Severa Cruz v. Eli Lilly & Co.
CAN 3   06-1128          Brian Rickard v. Eli Lilly & Co.
CAN 3   06-1129          Peter Klein, et al. v. Eli Lilly & Co.
CAN 3   06-1131          James J. Duchnowski, et al. v. Eli Lilly & Co.
CAN 3   06-1132          Jamel Easterly, et al. v. Eli Lilly & Co.
CAN 3   06-1133          Alvie M. Laver v. Eli Lilly & Co.
CAN 3   06-1134          Shirley Eddy v. Eli Lilly & Co.
CAN 3   06-1135          Robin Cameron, et al. v. Eli Lilly & Co.
CAN 3   06-1155          Lisa Robinson, et al. v. Eli Lilly & Co.
CAN 3   06-1156          Dale Hoblit, et al. v. Eli Lilly & Co.
CAN 3   06-1158          William C. Briggs, et al. v. Eli Lilly & Co.
CAN 3   06-1159          Norine Ciaio v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 4 of 9

CAN 3  06-1160          Yash Kapur v. Eli Lilly & Co.
CAN 3  06-1161          Doreen Bell v. Eli Lilly & Co.
CAN 3  06-1162          William O'brien v. Eli Lilly & Co.
CAN 3  06-1163          Kimberly Hopkins v. Eli Lilly & Co.
CAN 3  06-1164          Florence Karolyi v. Eli Lilly & Co.
CAN 3  06-1168          Kathlene Cheriki v. Eli Lilly & Co.
CAN 3  06-1170          Susan Kline v. Eli Lilly & Co.
CAN 3  06-1171          Dennis Muschitz v. Eli Lilly & Co.
CAN 3  06-1172          Patricia Banks v. Eli Lilly & Co.
CAN 3  06-1174          David Chismar, et al. v. Eli Lilly & Co.
CAN 3  06-1175          Virginia Craig v. Eli Lilly & Co.
~~CAN 3  06-1178          Sandra Meclarny, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1179          Lehman Brownell v. Eli Lilly & Co.
CAN 3  06-1180          Yolanda Araujo v. Eli Lilly & Co.
CAN 3  06-1182          Karen Halechko v. Eli Lilly & Co.
CAN 3  06-1184          Gerald Garfield, et al. v. Eli Lilly & Co.
CAN 3  06-1185          Tyna Bass v. Eli Lilly & Co.
CAN 3  06-1186          Antonio Daniel v. Eli Lilly & Co.
CAN 3  06-1187          Pat Miller, et al. v. Eli Lilly & Co.
CAN 3  06-1188          Alberta Oliviri v. Eli Lilly & Co.
CAN 3  06-1190          Juawawno Boone v. Eli Lilly & Co.
CAN 3  06-1194          Anne Johnson v. Eli Lilly & Co.
CAN 3  06-1195          Paul Matthews v. Eli Lilly & Co.
CAN 3  06-1198          Ann Marie Gianetto v. Eli Lilly & Co.
CAN 3  06-1199          Kathy Martin v. Eli Lilly & Co.
~~CAN 3  06-1200          Gould Meclarny v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1201          Waymon Donat v. Eli Lilly & Co.
CAN 3  06-1202          Richard Jenkins, et al. v. Eli Lilly & Co.
CAN 3  06-1204          Frank Giacomazzo v. Eli Lilly & Co.
CAN 3  06-1206          Letha Russell v. Eli Lilly & Co.
CAN 3  06-1207          Patricia Glenn, et al. v. Eli Lilly & Co.
CAN 3  06-1209          Judith A. Gunnette, et al. v. Eli Lilly & Co.
CAN 3  06-1230          John Bowermaster v. Eli Lilly & Co.
CAN 3  06-1231          Patrick Callaway v. Eli Lilly & Co.
CAN 3  06-1232          Mary Lee v. Eli Lilly & Co.
CAN 3  06-1233          Barbara Pupo v. Eli Lilly & Co.
CAN 3  06-1235          Iris Wohlt, et al. v. Eli Lilly & Co.
CAN 3  06-1236          Darrel Vail v. Eli Lilly & Co.
CAN 3  06-1237          Charles Coffman v. Eli Lilly & Co.
CAN 3  06-1239          Lauree Ward v. Eli Lilly & Co.
CAN 3  06-1240          Patricia Pirotta v. Eli Lilly & Co.
CAN 3  06-1241          Larry Pancher v. Eli Lilly & Co.
CAN 3  06-1242          Jo Marie Santi v. Eli Lilly & Co.
CAN 3  06-1244          Gail F. Cowher v. Eli Lilly & Co.
CAN 3  06-1245          Cox v. Eli Lilly & Co.
CAN 3  06-1246          Kenneth Crawford v. Eli Lilly & Co.
CAN 3  06-1263          William J. Crawford v. Eli Lilly & Co.
CAN 3  06-1267          Kimberly Santagata, et al. v. Eli Lilly & Co.
CAN 3  06-1269          Harrison Sarver, et al. v. Eli Lilly & Co.
CAN 3  06-1270          Rivers v. Eli Lilly & Co.
CAN 3  06-1273          Marianne Capelie, et al. v. Eli Lilly & Co.
CAN 3  06-1274          Kathleen Mark, et al. v. Eli Lilly & Co.
CAN 3  06-1281          Scott M. Tucker v. Eli Lilly & Co.
CAN 3  06-1282          Nancy L. French v. Eli Lilly & Co.
CAN 3  06-1293          Michael J. Watkins v. Eli Lilly & Co.
CAN 3  06-1294          Gerald L. Fletcher v. Eli Lilly & Co.
CAN 3  06-1297          Pamela A. Pence, et al. v. Eli Lilly & Co.
CAN 3  06-1299          Ashraf M. Hashmi v. Eli Lilly & Co.
~~CAN 3  06-1308          Manford Hanson v. Eli Lilly & Co.~~ Vacated 5/4/06

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 5 of 9

| | | |
|---|---|---|
| CAN 3 | 06-1310 | Wesley Kirby v. Eli Lilly & Co. |
| CAN 3 | 06-1312 | Beth Smith, et al. v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1313~~ | ~~Leilani Jones v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1320 | Josie L. Murray v. Eli Lilly & Co. |
| CAN 3 | 06-1327 | Beatrice L. Elserougi v. Eli Lilly & Co. |
| CAN 3 | 06-1328 | Valerie J. Mirabile v. Eli Lilly & Co. |
| CAN 3 | 06-1330 | Larry Reyes v. Eli Lilly & Co. |
| CAN 3 | 06-1333 | Kathleen A. Hawk v. Eli Lilly & Co. |
| CAN 3 | 06-1334 | Robert Koch v. Eli Lilly & Co. |
| CAN 3 | 06-1339 | Ernestine Bowyer v. Eli Lilly & Co. |
| CAN 3 | 06-1340 | Airetta P.J. Becica v. Eli Lilly & Co. |
| CAN 3 | 06-1343 | Marie D. Price v. Eli Lilly & Co. |
| CAN 3 | 06-1344 | Lawrence Segers, Jr. v. Eli Lilly & Co. |
| CAN 3 | 06-1354 | Rick Alldrin, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1356 | Lionel Arms, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1373 | Judith A. Stanley v. Eli Lilly & Co. |
| CAN 3 | 06-1374 | Donna M. Strasburger v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1376~~ | ~~Richard Keith, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1379 | Deborah A. Couch v. Eli Lilly & Co. |
| CAN 3 | 06-1382 | Donald R. Dimartino v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1387~~ | ~~Wesley Kirby v. Eli Lilly & Co.~~ Vacated 5/17/06 |
| CAN 3 | 06-1388 | Shirley M. Cogley-Baker, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1389 | Brandy S. Morgan v. Eli Lilly & Co. |
| CAN 3 | 06-1392 | Donna L. Wojnovich v. Eli Lilly & Co. |
| CAN 3 | 06-1393 | Caren L. Wilson v. Eli Lilly & Co. |
| CAN 3 | 06-1396 | Charlene West v. Eli Lilly & Co. |
| CAN 3 | 06-1397 | Mary Senf v. Eli Lilly & Co. |
| CAN 3 | 06-1398 | Nancy L. Axe v. Eli Lilly & Co. |
| CAN 3 | 06-1400 | Judy M. Fisher v. Eli Lilly & Co. |
| CAN 3 | 06-1401 | Azie Gould Mcclardy v. Eli Lilly & Co. |
| CAN 3 | 06-1404 | Robert Young v. Eli Lilly & Co. |
| CAN 3 | 06-1405 | Peter Williams v. Eli Lilly & Co. |
| CAN 3 | 06-1406 | Marlene Rogala v. Eli Lilly & Co. |
| CAN 3 | 06-1432 | Shantell Wade-Herbert, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1433 | Evelina Zollicoffer, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1435 | David R. Werner v. Eli Lilly & Co. |
| CAN 3 | 06-1437 | Earnest L. Davis v. Eli Lilly & Co. |
| CAN 3 | 06-1439 | Joann Philbin, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1442 | Barrett v. Eli Lilly & Co. |
| CAN 3 | 06-1443 | Carol A. Bartlett v. Eli Lilly & Co. |
| CAN 3 | 06-1457 | Howard Thompson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1458 | Bernadine A. Bienias v. Eli Lilly & Co. |
| CAN 3 | 06-1460 | Richard A. Hernandez v. Eli Lilly & Co. |
| CAN 3 | 06-1462 | Sandra M. Johnson v. Eli Lilly & Co. |
| CAN 3 | 06-1465 | Heber Olsen, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1466 | James Cutter v. Eli Lilly & Co. |
| CAN 3 | 06-1467 | Adnan Tuncel v. Eli Lilly & Co. |
| CAN 3 | 06-1468 | Shirley A. Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1469 | Zackarius E. Kleinsasser v. Eli Lilly & Co. |
| CAN 3 | 06-1472 | Damon L. Dowdell v. Eli Lilly & Co. |
| CAN 3 | 06-1473 | Jennifer L. Kebler v. Eli Lilly & Co. |
| CAN 3 | 06-1476 | Linda K. Hartle v. Eli Lilly & Co. |
| CAN 3 | 06-1477 | Oradean Foster v. Eli Lilly & Co. |
| CAN 3 | 06-1479 | Maurice Looney v. Eli Lilly & Co. |
| CAN 3 | 06-1480 | Andrew J.w. Walker v. Eli Lilly & Co. |
| CAN 3 | 06-1481 | Gregory Knight v. Eli Lilly & Co. |
| CAN 3 | 06-1482 | Harriet F. Haughiout v. Eli Lilly & Co. |
| CAN 3 | 06-1484 | Mary E. Hunter v. Eli Lilly & Co. |
| CAN 3 | 06-1486 | Marvette L. Keys v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 6 of 9

CAN 3  06-1487  PJH      Dino S. Catlin v. Eli Lilly & Co.
CAN 3  06-1489  WH       William S. Sutterer v. Eli Lilly & Co.
CAN 3  06-1490 MJJ       Sarah M. Tanner, et al. v. Eli Lilly & Co.
CAN 3  06-1491 MMC       Robert Zimmerman v. Eli Lilly & Co.
CAN 3  06-1493 MHP       David Martinez v. Eli Lilly & Co.
CAN 3  06-1494 SC        Sandy Fry v. Eli Lilly & Co.
CAN 3  06-1495 JSW       Larry M. Call v. Eli Lilly & Co.
CAN 3  06-1497 MJJ       Stephen La Joie, et al. v. Eli Lilly & Co.
CAN 3  06-1525 JSW       Angela Overeynder, et al. v. Eli Lilly & Co.
CAN 3  06-1527 SC        Richard Frentz v. Eli Lilly & Co.
CAN 3  06-1530 SC        Joel Feser v. Eli Lilly & Co.
CAN 3  06-1532          Gerald Garfield, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1533 JSW       Eric Padgett v. Eli Lilly & Co.
CAN 3  06-1534          Alberta Johnson v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1537 MJJ       Karen Broughton v. Eli Lilly & Co.
CAN 3  06-1538 MMC       Kathleen Deitchler, et al. v. Eli Lilly & Co.
CAN 3  06-1540 MMC       Marla Barton v. Eli Lilly & Co.
CAN 3  06-1542 TEH       Jacob Reed, et al. v. Eli Lilly & Co.
CAN 3  06-1543 MJJ       William Maloney v. Eli Lilly & Co.
CAN 3  06-1544 JSW       Connie E. Mcclintock v. Eli Lilly & Co.
CAN 3  06-1547 MMC       Barbara Lanini v. Eli Lilly & Co.
CAN 3  06-1548 SC        Sari Gehrke, et al. v. Eli Lilly & Co.
CAN 3  06-1549 WHA       Tyrone Jeter v. Eli Lilly & Co.
CAN 3  06-1550 MHP       Duane A. Tillman v. Eli Lilly & Co.
CAN 3  06-1552 SI        Deborah Winfrey v. Eli Lilly & Co.
CAN 3  06-1553 SI        Blondean Sims v. Eli Lilly & Co.
CAN 3  06-1554 PJH       Edward Jones v. Eli Lilly & Co.
CAN 3  06-1556 PJH       Allegra M. Weaver v. Eli Lilly & Co.
CAN 3  06-1559 SC        Jane R. Evans v. Eli Lilly & Co.
CAN 3  06-1562 WHA       David Bell v. Eli Lilly & Co.
CAN 3  06-1563 JSW       Dorothy Sheppard v. Eli Lilly & Co.
CAN 3  06-1565 PJH       Lucy Martinez, et al. v. Eli Lilly & Co.
CAN 3  06-1566 MMC       Troy R. Geddis v. Eli Lilly & Co.
CAN 3  06-1567 WHA       Georgette M. Mcbride v. Eli Lilly & Co.
CAN 3  06-1605 MHP       Mary Deschenes, et al. v. Eli Lilly & Co.
CAN 3  06-1606 MJJ       Laurice Kory, et al. v. Eli Lilly & Co.
CAN 3  06-1611 SI        Michelle Medlin v. Eli Lilly & Co.
CAN 3  06-1613 SI        Erin Linn Goodpasture v. Eli Lilly & Co.
CAN 3  06-1614 SI        Donna Cuadrez, et al. v. Eli Lilly & Co.
CAN 3  06-1615 CW        Gary Osborne v. Eli Lilly & Co.
CAN 3  06-1618 SI        Rhonda Abtahi v. Eli Lilly & Co.
CAN 3  06-1620 SI        Gerald Boehmer, et al. v. Eli Lilly & Co.
CAN 3  06-1622 SI        Jacqueline Lipka v. Eli Lilly & Co.
CAN 3  06-1623 SI        Jim Aldine, et al. v. Eli Lilly & Co.
CAN 3  06-1624 SI        Donna Taylor v. Eli Lilly & Co.
CAN 3  06-1625 SI        Nicholas Gonzales v. Eli Lilly & Co.
CAN 3  06-1626          Ann Dutton v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1627 SI        Eddie Ray Harris v. Eli Lilly & Co.
CAN 3  06-1628 SI        Carl M. Eisaman v. Eli Lilly & Co.
CAN 3  06-1643 SI        James Graham, et al. v. Eli Lilly & Co.
CAN 3  06-1644 SI        Wayne Dixon, et al. v. Eli Lilly & Co.
CAN 3  06-1692 EMC       Deborah A. King v. Eli Lilly & Co.
CAN 3  06-1693 MHP       Antoinette C. Smith v. Eli Lilly & Co.
CAN 3  06-1697 MHP       Eleanor E. Pugliese v. Eli Lilly & Co.
CAN 3  06-1699 SC        James D. Fusner v. Eli Lilly & Co.
CAN 3  06-1701 SI        Richard B. Slater, Jr. v. Eli Lilly & Co.
CAN 3  06-1702 MMC       Marcella L. Lowry v. Eli Lilly & Co.

Case 3:06-cv-01472-JSW   Document 10   Filed 09/05/06   Page 9 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 9 of 13

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 7 of 9

CAN 3  06-1705 *SC*        Donald D. Hetrick v. Eli Lilly & Co.
CAN 3  06-1706 *JSW*       Carol S. Buvoltz v. Eli Lilly & Co.
~~CAN 3  06-1708~~         ~~Gerald L. Fletcher v. Eli Lilly & Co.~~ Vacated 5/17/06
CAN 3  06-1709 *SI*        Ronald J. Elardo, et al. v. Eli Lilly & Co.
CAN 3  06-1712 *WHA*       Beverly Sikora, et al. v. Eli Lilly & Co.
~~CAN 3  06-1757~~         ~~Linda L. Nevei v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1758 *SC*        Gina Mcdonald v. Eli Lilly & Co.
CAN 3  06-1761 *MHP*       Tracy K. Mueller v. Eli Lilly & Co.
CAN 3  06-1770 *SI*        Madeline Elsener v. Eli Lilly & Co.
CAN 3  06-1787 *MJJ*       Joe Stevenson, et al. v. Eli Lilly & Co.
CAN 3  06-1788 *MJJ*       Helene M. Lotka v. Eli Lilly & Co.
CAN 3  06-1819 *SC*        Don Wilson v. Eli Lilly & Co.
CAN 3  06-1825 *WHA*       Darren A. Wimley v. Eli Lilly & Co.
CAN 3  06-1847 *PJH*       Shireen L. Thomas, et al. v. Eli Lilly & Co.
CAN 3  06-1852 *MJJ*       Curtis C. Tomkins v. Eli Lilly & Co.
CAN 3  06-1856 *PJH*       Irish G. Whaley v. Eli Lilly & Co.
CAN 3  06-1859 *MJJ*       Conrad F. Sammet, Jr. v. Eli Lilly & Co.
CAN 3  06-1860 *SI*        Brandy L. Rooks, et al. v. Eli Lilly & Co.
CAN 3  06-1931 *JSW*       Jorenda Bolden v. Eli Lilly & Co.
~~CAN 3  06-2038~~         ~~Helene M. Lotka v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  06-2188~~         ~~Timothy Johnson, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06
CAN 3  06-2283 *WHA*       Johnnena Washington v. Eli Lilly & Co.
~~CAN 3  06-2385~~         ~~Russel Woodrow, et al. v. Eli Lilly & Co.~~ Opposed 5/17/06
~~CAN 3  06-2386~~         ~~John Grant, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06
CAN 3  06-2398 *MHP*       Duane Inks v. Eli Lilly & Co.
CAN 3  06-2399 *MJJ*       Eunice Asher v. Eli Lilly & Co.
CAN 3  06-2420 *JSW*       Eiraje Hajebi, et al. v. Eli Lilly & Co., et al.
CAN 3  06-2421 *JSW*       David Engstrom, et al. v. Eli Lilly & Co., et al.
~~CAN 3  06-2489~~         ~~Andra Alexander, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06
CAN 3  06-2609 *MJJ*       Eric John Hornisher, et al. v. Eli Lilly & Co.
CAN 4  05-4831           Don Pledger, et al. v. Eli Lilly & Co.
CAN 4  05-4894           Tonya Alexander v. Eli Lilly & Co.
~~CAN 4  05-5097~~         ~~Cynthia Akins, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 4  05-5098~~         ~~Shannon La' Rocque v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 4  05-5099           Timothy O'neill v. Eli Lilly & Co.
CAN 4  05-5148           Mark Sewell v. Eli Lilly & Co.
CAN 4  05-5151           Tammy Kelly, et al. v. Eli Lilly & Co.
CAN 4  05-5291           Alberta Smiley-Harris v. Eli Lilly & Co.
CAN 4  05-5292           Denine Cook v. Eli Lilly & Co.
CAN 4  06-8             Jerry Lee Ginn, et al. v. Eli Lilly & Co.
CAN 4  06-39            Viola Ward v. Eli Lilly & Co.
CAN 4  06-250           David Sensenig v. Eli Lilly & Co.
CAN 4  06-893           George Carmack v. Eli Lilly & Co.
CAN 4  06-906           Franklin Fraley v. Eli Lilly & Co.
CAN 4  06-954           Patsy Shows v. Eli Lilly & Co.
CAN 4  06-973           Sidney Carson, et al. v. Eli Lilly & Co.
CAN 4  06-974           Patricia Grillot v. Eli Lilly & Co.
CAN 4  06-977           Daniel Lemke v. Eli Lilly & Co.
CAN 4  06-980           Natalie Summers v. Eli Lilly & Co.
CAN 4  06-985           Ruth Porter, et al. v. Eli Lilly & Co.
CAN 4  06-988           Ronald Kemp v. Eli Lilly & Co.
CAN 4  06-993           Steven Dektor v. Eli Lilly & Co.
CAN 4  06-1022          Martha Meyer, et al. v. Eli Lilly & Co.
CAN 4  06-1030          John Luthy v. Eli Lilly & Co.
CAN 4  06-1032          James P. Ledney, et al. v. Eli Lilly & Co.
CAN 4  06-1038          Hazel Blumenschein v. Eli Lilly & Co.
CAN 4  06-1048          Dante Barfield v. Eli Lilly & Co.
CAN 4  06-1055          Faye Montgomery v. Eli Lilly & Co.
CAN 4  06-1059          Dennis Taylor, et al. v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 8 of 9

| | | | |
|---|---|---|---|
| CAN | 4 | 06-1087 | Maria Jordan v. Eli Lilly & Co. |
| CAN | 4 | 06-1089 | Maria Mercado v. Eli Lilly & Co. |
| CAN | 4 | 06-1097 | John Popielarcheck, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1102 | Michelle Auger v. Eli Lilly & Co. |
| CAN | 4 | 06-1107 | Manford Hanson v. Eli Lilly & Co. |
| CAN | 4 | 06-1115 | Shultz, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1121 | Mandy Brown v. Eli Lilly & Co. |
| CAN | 4 | 06-1130 | Heather Duff v. Eli Lilly & Co. |
| CAN | 4 | 06-1157 | Sharon Lavas v. Eli Lilly & Co. |
| CAN | 4 | 06-1165 | Gregory Kelker v. Eli Lilly & Co. |
| CAN | 4 | 06-1167 | Linda Martorana v. Eli Lilly & Co. |
| CAN | 4 | 06-1169 | Mamie Hurt v. Eli Lilly & Co. |
| CAN | 4 | 06-1173 | Fern Malayeco v. Eli Lilly & Co. |
| CAN | 4 | 06-1176 | Fred Botos, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1181 | William Cossick v. Eli Lilly & Co. |
| CAN | 4 | 06-1183 | James Bacon v. Eli Lilly & Co. |
| CAN | 4 | 06-1189 | Jesse Frausto, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1192 | John Ondo v. Eli Lilly & Co. |
| CAN | 4 | 06-1196 | Robert Hawkins v. Eli Lilly & Co. |
| CAN | 4 | 06-1197 | Maxine Burkley v. Eli Lilly & Co. |
| CAN | 4 | 06-1203 | Andrea Mendoza v. Eli Lilly & Co. |
| CAN | 4 | 06-1205 | Deb Osburn, et al. v. Eli Lilly & Co. |
| ~~CAN~~ | ~~4~~ | ~~06-1234~~ | ~~John Luthy v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN | 4 | 06-1238 | Ernest Chaves v. Eli Lilly & Co. |
| CAN | 4 | 06-1243 | Robert Campbell v. Eli Lilly & Co. |
| CAN | 4 | 06-1271 | Rosa A. Hoffman, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1272 | Bonnie Hall, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1298 | Kenneth F. Gibson v. Eli Lilly & Co. |
| ~~CAN~~ | ~~4~~ | ~~06-1309~~ | ~~Maria Mercado v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN | 4 | 06-1324 | Milan J. Veres, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1325 | Mensenia E. Deloach v. Eli Lilly & Co. |
| CAN | 4 | 06-1338 | Linda R. Linn v. Eli Lilly & Co. |
| CAN | 4 | 06-1360 | Gwen Davis, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1372 | Beth M. Seigenfuse v. Eli Lilly & Co. |
| CAN | 4 | 06-1375 | Tracy E. Reed v. Eli Lilly & Co. |
| CAN | 4 | 06-1378 | Charles Weldon, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1381 | Tyrone Johnson v. Eli Lilly & Co. |
| CAN | 4 | 06-1386 | Gurley E. Glenn v. Eli Lilly & Co. |
| CAN | 4 | 06-1391 | Florence B. Perry v. Eli Lilly & Co. |
| CAN | 4 | 06-1450 | Sandra J. Forbes v. Eli Lilly & Co. |
| CAN | 4 | 06-1451 | Rafael A. Beltran v. Eli Lilly & Co. |
| CAN | 4 | 06-1452 | Ida L. Hollis v. Eli Lilly & Co. |
| CAN | 4 | 06-1455 | Mary G. Chenger, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1456 | Patricia Murnin, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1459 | Mary E. Jones v. Eli Lilly & Co. |
| CAN | 4 | 06-1461 | David R. Carroll v. Eli Lilly & Co. |
| CAN | 4 | 06-1471 | Frank J. Young v. Eli Lilly & Co. |
| CAN | 4 | 06-1478 | Joann C. Moffitt v. Eli Lilly & Co. |
| CAN | 4 | 06-1496 | Dranoel E. Browne v. Eli Lilly & Co. |
| CAN | 4 | 06-1498 | Karla Tomastik v. Eli Lilly & Co. |
| CAN | 4 | 06-1501 | Tracy L. Ayers v. Eli Lilly & Co. |
| CAN | 4 | 06-1536 | Noreen Corduck, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1539 | Edward Truitt v. Eli Lilly & Co. |
| CAN | 4 | 06-1546 | Eugene R. Davis v. Eli Lilly & Co. |
| CAN | 4 | 06-1560 | Borys Bohonik v. Eli Lilly & Co. |
| CAN | 4 | 06-1561 | Heather M. Cherry-Wodja, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1569 | Marcus L. Guy v. Eli Lilly & Co. |
| CAN | 4 | 06-1607 | Barbara Murray, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1694 | Toritha D. Ewell v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                              PAGE 9 of 9

CAN 4  06-1696          David Barton Thomas v. Eli Lilly & Co.
CAN 4  06-1704          Tracy L. Jones Hayman v. Eli Lilly & Co.
CAN 4  06-1707          Kathlyn M. Wilkerson-Smith v. Eli Lilly & Co.
CAN 4  06-1765          Nellie G. Sarver v. Eli Lilly & Co. Vacated 5/4/06
CAN 4  06-1827          Norma L. Terry v. Eli Lilly & Co.
CAN 4  06-1844          Jason Tsangaris v. Eli Lilly & Co.
CAN 4  06-2384          Saundra Burns, et al. v. Eli Lilly & Co., et al. Opposed 5/17/06

## INVOLVED COUNSEL LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Phillip K. Cohen
Murphy, Rosen & Cohen
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401-1142

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Joshua C. Ezrin
Alexander, Hawes & Audet, LLP
300 Montgomery Street
Suite 400
San Francisco, CA 94104

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Jeffrey A. Kaiser
Levin, Simes & Kaiser, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

E. G. Stanley
728 Texas Street
Fairfield, CA 94533

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612

## INVOLVED JUDGES LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Wayne D. Brazil
United States District Court
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Phyllis J. Hamilton '
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5212

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102